DocuSign Envelope ID: 72DC6EDB-6A54-4F2A-B1D2-9573A18A8F49

**WILLIAM D. MINER, OSB #043636**
billminer@dwt.com
**SARAH AMES BENEDICT, OSB #132675**
sarahbenedict@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon  97201-5610
Telephone:  (503) 241-2300
Facsimile:  (503) 778-5299

Attorneys for Defendant Eric Matson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JESSICA SCHLESINGER, <br><br>          PLAINTIFF, <br><br>     v. <br><br> 103RD MULTIPLEX LLC, CHRISTOPHER BAIRD, ERIC MATSON, <br><br>          DEFENDANTS. | Case No.  3:23-cv-00546 <br><br> **DECLARATION OF ERIC MATSON IN SUPPORT OF NOTICE OF REMOVAL** |

I, Eric Matson, declare as follows:

1. I am a member of 103rd Multiplex LLC. ("the LLC"), UBI 604 832 516.  I am over the age of 18 and have personal knowledge of the facts stated herein.  If sworn as a witness, I could and would testify thereto.  I make this Declaration in support of the Notice of Removal filed herein.

2. I am a citizen of the state of Washington.

Page 1 – DECLARATION OF ERIC MATSON IN SUPPORT OF NOTICE OF REMOVAL

4854-8300-1944v.1 0121483-000001

3. I consent to the removal of *Jessica Schlesinger v. 103rd Multiplex LLC, et al.*, Multnomah County Circuit Court Case No. 23CV00328, on behalf of the LLC.

*I declare under penalty of perjury that the foregoing is true and correct. Executed on April 13, 2023 in Brush Prairie, Washington.*

Eric Matson

Page 2 – DECLARATION OF ERIC MATSON IN SUPPORT OF NOTICE OF REMOVAL

4854-8300-1944v.1 0121483-000001