**WILLIAM D. MINER, OSB #043636**
billminer@dwt.com
**SARAH AMES BENEDICT, OSB #132675**
sarahbenedict@dwt.com
**DAVIS WRIGHT TREMAINE LLP**
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
Telephone: (503) 241-2300
Facsimile: (503) 778-5299

    Attorneys for Defendant Eric Matson

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JESSICA SCHLESINGER, <br><br> PLAINTIFF, <br><br> v. <br><br> 103RD MULTIPLEX LLC, CHRISTOPHER BAIRD, ERIC MATSON, <br><br> DEFENDANTS. | Case No. 3:23-cv-00546 <br><br> **DECLARATION OF CHRISTOPHER BAIRD IN SUPPORT OF NOTICE OF REMOVAL** |

    I, Christopher Baird, declare as follows:

    1.    I am a member of Royal Palm Ocean Property, LLC ("Royal Palm"), a Florida limited liability company. Kristal Baird and I are the only two members of Royal Palm. Royal Palm is a member of 103rd Multiplex LLC ("the LLC"), UBI 604 832 516. I am over the age of 18 and have personal knowledge of the facts stated herein. If sworn as a witness, I could and would testify thereto. I make this Declaration in support of the Notice of Removal filed herein.

Page 1 – DECLARATION OF CHRISTOPHER BAIRD IN SUPPORT OF NOTICE OF REMOVAL

4854-7356-4760v.1 0121483-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax

2.  I am a citizen of the state of Florida. Kristal Baird is a citizen of the state of Florida.

3.  Eric Matson and Royal Palm are the only two members of the LLC, which is a Washington limited liability company.

4.  I consent to the removal of *Jessica Schlesinger v. 103rd Multiplex LLC, et al.*, Multnomah County Circuit Court Case No. 23CV00328, on my own behalf. On behalf of Royal Palm, as member manager, I consent to removal on the behalf of the LLC.

*I declare under penalty of perjury that the foregoing is true and correct. Executed on April 12th 2023.*

_____
Christopher Baird

Page 2 – DECLARATION OF CHRISTOPHER BAIRD IN SUPPORT OF NOTICE OF REMOVAL

4854-7356-4760v.1 0121483-000001

DAVIS WRIGHT TREMAINE LLP
1300 S.W. Fifth Avenue, Suite 2400
Portland, Oregon 97201-5610
(503) 241-2300 main · (503) 778-5299 fax