IN THE US DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JESSICA SCHLESINGER, an Individual,<br><br>**Plaintiff**,<br><br>vs.<br><br>103RD MULTIPLEX LLC,<br>CHRISTOPHER BAIRD,<br>ERIC MATSON,<br><br>**Defendants**. | Case No. 3:23-cv-00546-JR<br><br>**NOTICE OF ASSOCIATION OF COUNSEL ON BEHALF OF DEFENDANT CHRISTOPHER BAIRD.** |

PLEASE TAKE NOTICE that Mark J. Firmin of the law firm of MacMillan, Scholz, and Marks LLC hereby associates with Megan L. Ferris of MacMillan, Scholz, and Marks LLC as counsel of record on behalf of Defendant Christopher Baird, in the above-named matter.

DATED: 17th of April, 2023.        MACMILLAN SCHOLZ AND MARKS LLC

By: */s/ Mark J. Firmin*
Mark J. Firmin, OSB #225804
mfirmin@msmlegal.com

*Of Attorney for Defendants (Christopher Baird).*

1 – NOTICE OF ASSOCIATION OF COUNSEL ON BEHALF OF DEFENDANTS' S & S SHEETMETAL, INC.

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I served NOTICE OF ASSOCIATION OF COUNSEL ON BEHALF OF DEFENDANT CHRISTOPHER BAIRD, upon the following attorney(s) at the following address(es) by the following indicated method or methods:

| | |
|---|---|
| Michael Fuller<br>Emily Templeton<br>michael@underdoglawyer.com<br>emily@underdoglawyer.com<br>OLSENDAINES<br>US Bancorp Tower<br>111 SW 5th Avenue, Suite 3150<br>Portland, Oregon 97204 | Bill Miner<br>billminer@dwt.com<br>DAVIS WRIGHT TREMAINE LLP<br>1300 SW 5th Avenue, Suite 2400<br>Portland, Oregon 97201 |
| *Attorneys for Plaintiff*<br>*(Jessica Schlesinger)* | *Attorney for Defendant*<br>*(Eric Matson)* |
| Jennie Clark<br>jennie@clarklawportland.com<br>CLARK LAW & ASSOCIATES, LLC<br>6501 SW Macadam, Suite E<br>Portland, Oregon 97239 | Gregory L. Baird<br>gbaird@gordon-polscer.com<br>GORDON & POLSCER, L.L.C.<br>9020 SW Washington Square Rd, St.560<br>Tigard, Oregon 97223 |
| *Attorneys for Defendant*<br>*(Christopher Baird)* | *Attorney for Defendant*<br>*(103rd Multiplex LLC)* |

DATED: 17th of April, 2023.               MacMILLAN, SCHOLZ & MARKS, LLC

                                              By: */s/ Megan L. Ferris*
                                                  Megan L. Ferris, #063404
                                                  mferris@msmlegal.com

                                                  *Of Attorney for Defendants*
                                                  *(Christopher Baird).*

2 – CERTIFICATE OF SERVICE

MACMILLAN, SCHOLZ & MARKS, LLC
ATTORNEYS AT LAW
900 SW FIFTH AVENUE, SUITE 1800
PORTLAND, OREGON 97204
TELEPHONE (503) 224-2165