**Gregory L. Baird, OSB No. 922212**
gbaird@gordon-polscer.com
**Joshua E. Tabak, OSB No. 214668**
jtabak@gordon-polscer.com
**GORDON & POLSCER, L.L.C.**
9020 SW Washington Square Road
Suite 560
Tigard, Oregon 97223
Telephone:   (503) 242-2922
Facsimile:   (503) 242-1264

*Of Attorneys for Defendant*
*103rd Multiplex LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JESSICA SCHLESINGER,<br><br>    Plaintiff,<br><br>v.<br><br>103RD MULTIPLEX LLC, CHRISTOPHER BAIRD, ERIC MATSON,<br><br>    Defendants. | Case No.: 3:23-cv-00546-JR<br><br>JOINT RULE 26(f) REPORT AND DISCOVERY PLAN<br><br>Telephonic Fed. R. Civ. P. 16 Conference Scheduled: July 17, 2023, at 1:30 P.M. |

As ordered by Magistrate Judge Jolie A. Russo on May 18, 2023 each of the above named parties, through their counsel, have conferred pursuant to FRCP 26(f) on pretrial deadlines and hereby submit the following Joint Status Report and proposed case management schedule.

/ / /

**JOINT STATUS REPORT**

I. **NATURE OF THE CASE**

This lawsuit arises from alleged conditions existing at 6402 SE 103rd Avenue from February 2022 to November 2022. Plaintiff asserts that Defendant's failed to comply with ORS 90.320 and ORS 90.375. She also seeks declaratory relief in the form of a judgment declaring that this action may proceed against Christopher Baird and Eric Matson as co-defendants. Defendants deny Plaintiff's right to any of the relief sought.

**DISCOVERY PLAN**

The Parties have met and conferred and propose the case management schedule set forth below. Significantly, the parties have agreed to mediate this case on September 18, 2023, and have agreed to place all discovery deadlines after such mediation in the hope that this matter may resolve at mediation and without the need for any additional discovery.

The parties do not anticipate the need to modify any rule related to written discovery nor the number and time for depositions.  The parties offer the following case management schedule:

| EVENT | PROPOSED DEADLINE |
|---|---|
| File all pleadings pursuant to FRCP 7(a) and 15 | October 6, 2023 |
| Join all claims, remedies, and parties pursuant to FRCP 18 and 19 | October 6, 2022 |
| Close of fact discovery | April 12, 2024 |
| Expert witness reports due | May 19, 2024 |
| Rebuttal expert witness reports due | June 21, 2024 |
| File any discovery motions or dispositive motions | July 19, 2024 |

| Confer as to Alternative Dispute Resolution pursuant to LR 16-4(c) | August 16, 2024 |

The Parties understand that the Court will request the submission of a pretrial order, an ADR certification and other trial materials, but defer to the Court as to the appropriate scheduling of those deadlines. The preliminary trial length estimate is 4-5 trial days.

Respectfully Submitted by:

|  | Dated: July 14, 2023. |
|---|---|
| *Of Attorneys for Plaintiff Jessica Schlesinger* | *s/ Emily Templeton*<br>OSB Bar Number: 221744<br>Emily Templeton<br>OlsenDaines<br>111 SW 5th Ave.<br>Suite 3150<br>Portland, OR 97204<br>Telephone: 971-352-2503<br>Email: emily@underdoglawyer.com<br><br>*s/ Michael R. Fuller*<br>OSB Bar Number: 09357<br>Michael R. Fuller<br>OlsenDaines<br>US Bancorp Tower<br>111 SW 5th Ave., Suite 3150<br>Portland, OR 97204<br>Telephone: 503-222-2000<br>Email: Michael@UnderdogLawyer.com |

|  | Dated: July 14, 2023. |
|---|---|
| *Of Attorneys for Defendant 103rd Multiplex LLC* | s/ *Gregory L. Baird*<br>OSB Bar Number: 922212<br>Gregory L. Baird<br>Gordon & Polscer, LLC<br>9020 SW Washington Square Road<br>Suite 560<br>Tigard, OR 97223<br>Telephone: 503-242-2922<br>Email: gbaird@gordon-polscer.com<br><br>s/ *Joshua E. Tabak*<br>OSB Bar Number: 214668<br>Joshua E. Tabak<br>Gordon & Polscer, LLC<br>9020 SW Washington Square Road<br>Suite 560<br>Tigard, OR 97223<br>Telephone: 503-242-2922<br>Email: jtabak@gordon-polscer.com |
|  | Dated: July 14, 2023. |
| *Of Attorneys for Defendant Christopher Baird* | s/ *Mark Joseph Firmin*<br>OSB Bar Number: 225804<br>Mark Joseph Firmin, Jr<br>MacMillan, Scholz, & Marks<br>900 SW Fifth Avenue<br>Ste 1800<br>Portland, OR 97204<br>Telephone: 503-908-6546<br>Email: mfirmin@msmlegal.com |

|  | *s/ Megan L. Ferris* <br> OSB Bar Number: 063404 <br> Megan L. Ferris <br> MacMillan Scholz and Marks <br> 900 SW Fifth Ave <br> Suite 1800 <br> Portland, OR 97204 <br> Telephone: 503-224-2165 <br> Email: mferris@msmlegal.com |
|---|---|
|  | Dated: July 14, 2023. |
| *Of Attorneys for Defendant Eric Matson* | *s/ Sarah Elizabeth Ames Benedict* <br> OSB Bar Number: 132675 <br> Sarah Elizabeth Ames Benedict <br> Davis Wright Tremaine, LLP <br> 1300 SW Fifth Avenue <br> Suite 2400 <br> Portland, OR 97201-5630 <br> Telephone: 503-241-2300 <br> Email: sarahbenedict@dwt.com <br><br> *s/ William D. Miner* <br> OSB Bar Number: 043636 <br> William D. Miner, III <br> Davis Wright Tremaine, LLP <br> 1300 SW Fifth Avenue <br> Suite 2400 <br> Portland, OR 97201-5630 <br> Telephone: 503-241-2300 <br> Email: billminer@dwt.com |

**JOINT RULE 26(F) REPORT AND DISCOVERY PLAN**                                                **Page 5**